**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jose Rangel Perez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-07559-PHX-RM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241, challenging his immigration detention. (Doc. 1.) Petitioner asserts due process violations, alleging that he was previously released and was re-detained without a pre-deprivation hearing and without a warrant. (*Id.*) Petitioner seeks immediate release. (*Id.*)

The Court ordered Respondents to respond. (Doc. 3.) In the Response, Respondents state: "The government agrees that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a) and *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). Therefore, the United States does not oppose Petitioner's request to the extent it seeks a bond hearing." (Doc. 5.)

The Response does not address Petitioner's request for immediate release and does not provide any information concerning the status of Petitioner's immigration proceedings, whether Petitioner was previously released and then re-detained, and the circumstances under which Petitioner was detained or re-detained. The Court will therefore order a supplemental response.

**IT IS ORDERED** that within **five (5) days** of the date this Order is filed, Respondents shall file a supplemental response addressing Petitioner's request for immediate release and providing information concerning the status of Petitioner's immigration proceedings, whether Petitioner was previously released and then re-detained, and the circumstances under which Petitioner was detained or re-detained. If Respondents fail to timely file a supplemental response, the Court will order Petitioner released.

Dated this 28th day of October, 2026.

Honorable Rosemary Márquez
United States District Judge